IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOHN BELLAK AND CHRISTINE BELLAK,

      Appellants/Cross-Appellees.

  v.

Case Nos. 5D22-909
5D22-945
LT Case No. 2019-CA-058186-X

HERITAGE PROPERTY AND CASUALTY
INSURANCE COMPANY,

      Appellee/Cross-Appellant.
_____/

Decision filed April 18, 2023

Appeal from the Circuit Court
for Brevard County,
Curt Jacobus, Judge.

Matthew Struble and Christine Deis,
of Struble, P.A., Indialantic, for
Appellants/Cross-Appellees.

Kara Rockenbach Link and Daniel
M. Schwarz, of Link & Rockenbach,
PA, West Palm Beach, for Appellee/Cross-
Appellant.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., JAY and SOUD, JJ., concur.